**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Edward McCollough, *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

Medtronic, Inc.,

Defendant.

Civil No. 26-2436 (DWF/DLM)

**ORDER FOR DISMISSAL WITHOUT PREJUDICE**

Based upon the Notice of Voluntary Dismissal filed by the Plaintiff on May 8, 2026, (Doc. No. [11]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated:  May 11, 2026

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge